RECEIVED
NOV 29 2022  SDF
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_____Eastern_____ DIVISION

_____Timothy Best_____ )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

JURY DEMAND

Case No. 4:22-CV-147-FL
(To be assigned
by the Clerk of
District Court)

vs.

_____Butterball, LLC_____ )
_____ )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

Plaintiff resides at: ___210 E. Fire Tower Road___
___Winterville, North Carolina 28590.___
_____
_____
_____

Defendant(s) name(s) and address(es), if known: ___Butterball, LLC___
___1628 Garner Chapel Road Mt. Olive, North Carolina___

1

28365.

Jurisdiction in this court is based on: Federal Questions 14 Amendment of the United States Constitution Harassment Racial Profiling, Title VII Civil Rights Act of 1964 Discrimination, Racial Profiling, Harassment and Retaliation

The acts complained of in this suit concern: Butterball, LLC and its employees Blanche Temple, Team Leader Harassment and Racial Profiling in violation of the United States Constitution 14 Amendment and Title VII of the Civil Rights Act of 1964 Discrimination and Retaliation based on Race, Color and Religion. On or about December 13, 2021, the date I filed a harassment case against Blanche Temple, The Harassment and Racial Profiling continue with Darrell Doe minds and Blanche Temple Supervisor and Derrell Doe boss Superintendent John Doe on the behalf of Blanche Temple.

In other words, Darrell Doe and his boss the superintendent John Doe took sides with Blanche Temple in their Quest to harass, Racial Profile, Discriminate and by May 12, 2022 Retaliated by firing me, in the deguised of a Alcohol Test that I was harassed for by other

employees Blanche Temple, Darrell Doe and the Superintendent John Doe had following, me around in order to make me take a test out of all of the employees at Butterball, LLC, which they used the test to Retaliate against me for filing a harassment report on Blanche Temple and a complaint against Darrell Doe and his Superintendent John Doe. Blanche Temple and the Superintendent were the ones who harassed, Racial Profiled, Discriminated and Retaliated against me while Darrell Doe was simply a middle man. However, they all was equally responsible for my unlawful termination. First, come my harassment and complaint,

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Federal level Money Damages Guideline $300,000 dollars for Butterball, LLC having 201 to 500, anything higher employees, $2,000,000 dollars for Butterball, LLC having to committed Towards me loss of Back Pay, Front Pay, Emotional Distress, Punitive Damages in this Racially Charged Case.

3

Timothy Best v. Butterball, LLC

The acts complained of in this suit concern: to Human Resource and then all of a sudden, came my termination under the disguise of an alcohol test. If there was never harassment and complaints, there would not have been an alcohol test and I should have been allowed to work at Butterball, LLC until my retirement.

My plans to retire there was cut short through harassment, racial profiling and discrimination and when I complained, there came the retaliation. Butterball, LLC unlawfully used their own alcohol policies in order to retaliate against me thereby, unlawfully terminating me in violation of the 14 Amendment of the United States Constitution and Title VII of the Civil Rights Act of 1964.

On behalf of my retaliation and discrimination claims Equal Employment Opportunity Commission located at 434 Fayetteville Street, Suite 700 Raleigh, North Carolina 27601 has provided me with a right to sue letter.

11/25/2022
Date

[signature]
Signature of Plaintiff

210 E. Fire Tower Road
Winterville, NC 28590
845-389-6129
Address and Telephone Number of Plaintiff

4



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Raleigh Area Office**
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
(984) 275-4800
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On:
**To:** Mr. Timothy D. Best
307 W. Grantham Street
GOLDSBORO, NC 27530

EEOC Representative and email:
April Klug
September 27, 2022

Charge No: 433-2022-01844

Enforcement Supervisor
april.klug@eeoc.com

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 433-2022-01844.

On behalf of the Commission,



EXHIBIT A

for:

Glory Gervacio Saure
Area Director

Cc:

Theresa Sprain
555 FAYETTEVILLE ST STE 1100
Raleigh, NC 27601

Please retain this notice for your records.
Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.



In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 433- 2022-01844 to the District Director at Carmen M. Whaling, 129 West Trade Street Suite 400

Charlotte, NC 28202.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.
Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.