UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BEST | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 4:22-CV-147-FL |
| BUTTERBALL, LLC | ) | |
|         Defendant | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 30, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on May 30, 2025, and Copies To:**
Timothy Best (via US mail) at 210 E. Fire Tower Road, Winterville, NC 28590 and General Delivery, Kinston, NC 28502
Theresa Marie Sprain (via CM/ECF Notice of Electronic Filing)

May 30, 2025                PETER A. MOORE, JR., CLERK

                        /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk